FULD & CO. v. UNITED STATES.

(Circuit Court, S. D. New York. January 26, 1906.)

No. 4,038.

CUSTOMS DUTIES—PROTEST—SUFFICIENCY—FAILURE TO POINT OUT PROPER
RATE OF DUTY.

A protest against the assessment of duty which does not point out dis-
tinctly and specifically the proper rate of duty is not sufficient, under
Customs Administrative Act June 10, 1890, c. 407, § 14, 26 Stat. 137 [U.
S. Comp. St. 1901, p. 1933].

On Application for Review of a Decision of the Board of United
States General Appraisers.

The decision below affirmed the assessment of duty by the collector of cus-
toms at the port of New York. The question involved is whether the import-
ers' protest sufficiently complied with the provisions of Customs Administra-
tive Act June 10, 1890, c. 407, § 14, 26 Stat. 137 [U. S. Comp. St. 1901, p. 1933],
which requires that an importer, if dissatisfied with the assessment of duty,
shall set forth in his protest "distinctly and specifically, and in respect to
each entry or payment, the reasons for his objections."

Comstock & Washburn (Albert H. Washburn, of counsel), for
importers.
Charles Duane Baker, Asst. U. S. Atty.

HAZEL, District Judge. The protest does not point out specific-
ally and distinctly the proper rate of duty in respect to the different
entries, and I am of opinion that the question of sufficiency of pro-
test is controlled by U. S. v. Fleitmann (C. C. A.) 137 Fed. 476, and
U. S. v. Bayersdofer, 126 Fed. 732, 62 C. C. A. 16. The decision of
the Board of General Appraisers is sustained.